# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D23-0321
LT Case No. 2019-CA-000515-XXXX-MA

————————————————

DUVAL COUNTY LAND TRUST
#113015-0225,

    Appellant,

    v.

BANK OF AMERICA, N.A., JEAN
ALTEUS, et al.,

    Appellees.

————————————————

On appeal from the Circuit Court for Duval County.
Gilbert L. Feltel, Jr., Judge.

Gregory Bryl, Sunny Isles Beach, for Appellant.

Danielle Spradley, Jason M. Vanslette, and Irina Danilyan, of
Kelley Kronenberg, Fort Lauderdale, for Appellee, Bank of
America, N.A.

No Appearance for Other Appellees.

March 19, 2024

PER CURIAM.

    AFFIRMED. *See In re Amends. to Fla. Rule of Civ. Proc. 1.510*,
317 So. 3d 72, 75–76 (Fla. 2021); *Clay Cnty. Land Tr. No. 08-04-*

*25-0078-014-27, Orange Park Tr. Servs., LLC v. JPMorgan Chase Bank, Nat'l Ass'n*, 152 So. 3d 83, 85 (Fla. 1st DCA 2014).

W<small>ALLIS</small>, L<small>AMBERT</small>, and S<small>OUD</small>, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————